| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Donny E Brand (SBN 249651)<br>BRAND & BURRIS PC<br>100 W. Broadway, Ste 320<br>Long Beach, CA 90802<br>Tel: (562) 438-7500<br>Fax: (562) 438-8500 | |

Attorney for  Debtor(s).

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Michael Brian Seidenberg

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 7

CASE NUMBER  1:11-bk-10914MT

☐  ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   Michael Brian Seidenberg

2. The name, address and telephone number of the New Attorney are *(specify)*:
   James T King, King & Associates, 315 W Arden Ave Ste 28, Glendale, CA 91203
   Tel: 818-242-1100 Fax: 818-242-1012

3. New Attorney hereby appears in the following matters:    ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Donny E. Brand

Dated: 2/22/11

Michael Brian Seidenberg
Type Name of Party

Signature of Party

I consent to the above substitution.

Dated: 02/07/11

Donny E. Brand
Type Name of Present Attorney

Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 2-14-11

James T King
Type Name of New Attorney

Signature of New Attorney

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

| In re: Michael Brian Seidenberg | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:11-bk-10914 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

King & Associates
315 W. Arden Ave., Suite 28
Glendale, CA 91203

A true and correct copy of the foregoing document described as **SUBSTITUTION OF ATTORNEY** _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __2/26/11__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Donny E Brand    dbrand@brandburris.com
David Keith Gottlieb (TR)    dkgtrustee@crowehorwath.com, dgottlieb@ecf.epiqsystems.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __2/26/11__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Served by U.S. Mail
Hon. Maureen A. Tighe
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 325 / Courtroom 302
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/26/11 | Giselle Tovar | _signature_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                        **F 9013-3.1**

Label Matrix for local noticing
0973-1
Case 1:11-bk-10914-MT
Central District Of California
San Fernando Valley
Fri Feb 11 14:19:50 PST 2011

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

Account Recovery Services
PO Box 1691
Oxnard, CA 93032-1691

AlliedInterstate
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231-7723

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355-0701

Asset Acceptance
Po Box 2036
Warren, MI 48090-2036

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065-6285

Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27420-6012

Bank of America
Attn: Bankruptcy Dept NC4-105-03-14
4161 Piedmont Pkwy
Greensboro, NC 27410-8119

Bank of America Home Loans
Mail Stop, CA6-921-01-31
450 American Street
Simi Valley, CA 93065-6285

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cba Collecttion Bureau
Po Box 5013
Hayward, CA 94540-5013

Citi Ctb
Po Box 22066
Tempe, AZ 85285-2066

Citibank
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195-0507

ER Solutions
Po Box 9004
Renton, WA 98057-9004

Essex Property Trust
c/o Hidden Valley Apartments
5065 Hidden Park Ct
Simi Valley, CA 93063-7603

GC Services LP
Collection Agency Division
6330 Gulfton
Houston, TX 77081-1108

GEMB Funancing
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076-9106

NCO Financial Systems Inc
PO Box 15630
Dept 99
Wilmington, DE 19850-5630

Platinum Capital Inv
1245 S Main St #100
Grapevine, TX 76051-7522

Superior Court County of Los Angele
Burbank Courthouse
300 East Olive Avenue
Burbank, CA 91502-1248

The Collection Firm
Franklin Collection Service Inc
PO Box 3910
Tupelo, MS 38803-3910

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

Universal Fidelity
PO Box 941911
Houston, TX 77094-8911

Zwicker & Associates
199 S Los Robles Ave
Suite 410
Pasadena, CA 91101-2438

Zwicker & Associates
80 Minuteman Rd
Andover, MA 01810-1008

Zwicker & Associates
PO Box 101145
Birmingham, AL 35210-6145

David Keith Gottlieb (TR)
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403-2250

Donny E Brand
Brand & Burris PC
100 W Broadway Ste 320
Long Beach, CA 90802-4466

Michael Brian Seidenberg
5042 Arroyo Ln J-103
Simi Valley, CA 93063-7631

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One, N.a.
Bankruptcy Dept
Po Box 5155
Norcross, GA 30091

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29